UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Robin LaCourse</u>

       v.                                   Civil No. 05-cv-104-JD

<u>Town of Tilton, NH, et al.</u>


ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed as to the plaintiff and defendants Town of Tilton, NH and Scott S. Estes, the case as to these parties is herewith dismissed with prejudice.

     SO ORDERED.

May 23, 2006                             <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge


cc:    Lawrence Vogelman, Esq.
        Charles Bauer, Esq.
        Donald Gardner, Esq.